# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AARON THOMAS**  **PLAINTIFF**
**#249797**

V.  NO. 4:25-cv-00419-KGB-ERE

**FAULKNER COUNTY**
**DETENTION CENTER,** *et al*.  **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.  Procedure for Filing Objections

This Recommendation has been sent to United States District Chief Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Your objections must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Chief Judge Baker can adopt this Recommendation without independently reviewing the record.

### II.  Background

On May 1, 2025, *pro se* plaintiff Aaron Thomas, formerly an inmate at the Faulkner County Detention Center Unit 2, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 1*.

On May 9, 2025, mail sent to Mr. Thomas from the Court was returned as

undeliverable with the notation "not in facility." *Doc. 3.*

On May 13, 2025, the Court ordered Mr. Thomas to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 4.* To date, he has not responded to the Court's May 13 Order, and the time to do so has passed.

Mr. Thomas has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Thomas regarding his lawsuit.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Thomas' complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's May 13 Order; (3) update his address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

DATED 17 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE